Certificate Number: 03621-PAE-DE-027900701

Bankruptcy Case Number: 13-15888



03621-PAE-027900701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2016, at 4:40 o'clock PM EDT, Edward J Liszewski completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 12, 2016

By:  /s/Bill Sheehan

Name:  Bill Sheehan

Title:  Counselor