# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Edward J. Liszewski, Sr.**　　　　　　　　　　　　　Case No. **13-15888**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

| | | | |
|---|---|---|---|
| Date: | **December 1, 2016** | Case No. | **13-15888** |
| Debtor: | **Edward J. Liszewski, Sr.** | Co-Debtor: | |
| SS No. | **xxx-xx-5437** | SS No. | |

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no **X**　　　　　　Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:　　　　　　　　Co-debtor's current marital status:
Married _____ Divorced _____　　　　　Married _____ Divorced _____
Separated _____ Widowed _____　　　　Separated _____ Widowed _____

Name of person support is sent to:
Complete Address:
City _____ State _____ Zip _____
Phone _____

Are support payments deducted from your paycheck? _____
Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State _____ Zip _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:

Identify your Employer Name and Address:

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor **/s/ Edward J. Liszewski, Sr.**　　　　　Co-Debtor _____
　　　　**Edward J. Liszewski, Sr.**