**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edward J. Liszewski, Sr.<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 13-15888 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Homebridge Financial Services and index same on the master mailing list.

Re: Loan # Ending In: 0663

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406